UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALAN DAWES (#83855)

VERSUS                                          CIVIL ACTION

JUDY DUPUY, ET AL                               NUMBER 11-142-BAJ-SCR

## RULING ON MOTION TO CORRECT NAMED DEFENDANTS

Before the court is the plaintiff's Motion to Correct Named Defendants. Record document number 17. The motion will be considered as a motion for leave to file an amended complaint.

Among the many defendants sued by the plaintiff are the "East Baton Rouge Police Jury," the "Department of Public Works," and the "Baton Rouge City Council." Plaintiff filed this motion seeking to correct the names of these defendants to "City/Parish Government." His request is based on information in the May 6, 2011 letter from Senior Special Assistant Parish Attorney James L. Hilburn which advised the plaintiff that waivers of service for the named entities are being returned because they are not legal entities capable of being sued, and the correct defendant is City/Parish Government. None of these named defendants has filed an answer or other responsive pleading.

Accordingly, the plaintiff's Motion to Correct Named Defendants, considered as a motion for leave to file an amended complaint, is granted. Plaintiff shall have 14 days to file an

amended complaint which properly names these defendants.

Baton Rouge, Louisiana, July 12, 2011.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE