UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALAN DAWES** *Plaintiff,* versus **EAST BATON ROUGE POLICE JURY, ET AL** *Defendants.* | CIVIL ACTION NO. 11-142 –BAJ-SCR JUDGE JACKSON MAGISTRATE JUDGE RIEDLINGER JURY TRIAL DEMANDED |

## ORDER

**CONSIDERING** foregoing Motion to Stay Discovery filed August 4, 2011, record document number 97;

**IT IS HEREBY ORDERED** that the Motion to Stay discovery on behalf of defendants, Judy Dupuy, James LeBlanc, Alan Levine, and Bruce D. Greenstein is granted. *Schultea v. Woods*, 47 F.3d 1427 (5th Cir. 1995).

Baton Rouge, Louisiana, August 10, 2011.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE