UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALAN DAWES (#83855)

VERSUS                                              CIVIL ACTION

JUDY DUPUY, ET AL                                   NUMBER 11-142-BAJ-SCR

### NOTICE

    Please take notice that the attached Corrected Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.
    In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Baton Rouge, Louisiana, November 7, 2011.

*[signature: Stephen C. Riedlinger]*

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALAN DAWES (#83855)

VERSUS                                            CIVIL ACTION

JUDY DUPUY, ET AL                                 NUMBER 11-142-BAJ-SCR

CORRECTED
MAGISTRATE JUDGE'S REPORT

The first paragraph of the RECOMMENDATION on page 8 of the Magistrate Judge's Report issued November 3, 2011, record document number 135, is corrected to read as follows:

It is the recommendation of the magistrate judge that the plaintiff's complaints and his claims be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

Baton Rouge, Louisiana, November 7, 2011.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE