UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALAN DAWES (#83855) | CIVIL ACTION |
| VERSUS | |
| JUDY DUPUY, ET AL | NO. 11-142-BAJ-SCR |

**RULING**

The Court, having carefully considered the complaint, the record, the law applicable to this action, the Report and Recommendation of the United States Magistrate Judge dated November 4, 2011 (doc. 135), the Corrected Report and Recommendation of the United States Magistrate Judge dated November 7, 2011 (doc. 137), and plaintiff's Objections to Magistrate Judge's Findings and Dismissal of Petitioner's Complaint (doc. 139) which the Court construes as an objection to the Report and Recommendation of the Magistrate Judge, hereby approves the Report and Recommendation and the Corrected Report and Recommendation of the Magistrate Judge and adopts them as the Court's opinion herein.

Accordingly, plaintiff's complaints and his claims shall be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1995 (e) (2) (B) (ii).

Baton Rouge, Louisiana, November 30, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA